IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) No. 3:11-cr-00016-RRB-JDR |
|---|---|
| Plaintiff, | ) |
| vs. | ) ORDER AMENDING ) INDICTMENT CAPTION |
| RYAN TRAVIS BROWN, BRACKSTON MOORES, AMANDA MOSS, and RONALD ADAMS, | ) |
| Defendants. | ) |

Having considered the United States unopposed motion [15] to amend the Indictment due to a typographical error, IT IS SO ORDERED that the caption of the Indictment shall name "**RONNIE ADAMS**" so as to conform with the defendant's true name.

/s/ John D. Roberts
JOHN D. ROBERTS
UNITED STATES MAGISTRATE JUDGE